IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LLOYD RALPH OLSON, III,** | CIV S-06-2885 FCD EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **DAVID L. RUNNELS, Warden,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 13, 2007, respondent filed a request for an enlargement of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents' March 13, 2007, request is granted

2. Respondents are granted an extension of time to and including April 18, 2007, in which to file an answer.

Dated: March 19, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE